Crocker Point Association, Inc., Appellant, v. Amy Crocker Gourand, Respondent.— The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Stapleton and Rich, JJ., concurred.

William Dietrich, Appellant, v. Martin Bechtel, Inc., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Stapleton, Mills, Rich and Putnam, JJ.

Belle Duggan, Appellant, v. Nassau Electric Railroad Company, Respondent.— Order of the County Court of Kings county unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Carr, Stapleton, Mills and Putnam, JJ.

William H. Farrell, Respondent, v. Bradley Contracting Company, Appellant. — Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Stapleton, Rich and Putnam, JJ.

Granite City Soap Company, Respondent, v. Harmony Supply Company and John F. Donovan, Appellants.— Order affirmed, with ten dollars costs and disbursements, and stay vacated. No opinion. Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ., concurred.

Ellen Healy, Respondent, v. Manhattan and Queens Traction Corporation, Appellant. — Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Carr, Mills, Rich and Putnam, JJ.

The attention of attorneys who certify to service of a law clerkship in their office is called to the ruling in *Matter of McGarey* (167 App. Div. 931), against counting as part of clerkship time, days when the student also attends a law school. The construction there given of rule V for admission of attorneys* that "the same period of time shall not be duplicated for different purposes" will be strictly adhered to.

Leon Bresslin, Plaintiff, v. Star Company, Defendant. — Motion denied. Present — Jenks, P. J., Thomas, Carr, Mills and Rich, JJ.

William J. Douglass, Plaintiff, v. Yellow Taxicab Company, Defendant. — Motion granted on condition that appellant pay the costs and disbursements of the appeal. Present — Jenks, P. J., Thomas, Carr, Mills and Rich, JJ.

William J. Douglass, Plaintiff, v. Yellow Taxicab Company and Mason-Seaman Transportation Company, Defendants.— Motion for stay denied, with ten dollars costs. Present — Jenks, P. J., Thomas, Carr, Mills and Rich, JJ.

William N. Emery, Appellant, v. William P. Langevin and Hugh J. McGinley, Respondents.— Motion granted, and case set down for Wednesday, January 5, 1916. Present — Jenks, P. J., Thomas, Stapleton, Rich and Putnam, JJ.

In the Matter of the Judicial Settlement of the Account of Helena Gross, as Administratrix, etc., of Julius Gross, Deceased.— Motion denied on con-

---

* Ct. App. Rules, Admission Attys., etc., rule 5.— [REP.